**FILED**
May 24, 2019
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALESIA SAMPSON,<br><br>Defendant. | Case No. 2:19-mj-00082-CKD<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ALESIA SAMPSON,

Case No. 2:19-mj-00082-CKD Charge 21 USC § 841(a)(1), 841(b)(1)(C) and 846,

from custody for the following reasons:

  **X** Release on Personal Recognizance, without PTS supervision.

  ___ Bail Posted in the Sum of $ _____

  ___ Unsecured Appearance Bond $ _____

  ___ Appearance Bond with 10% Deposit

  ___ Appearance Bond with Surety

  ___ Corporate Surety Bail Bond

  ___ (Other):  Must appear at next Court date before

  **X** Magistrate Judge Carla Carry on 6/6/2019 at 3 PM at

  ___ 4th fl, 400 S. Virginia St. Reno, NV

Issued at Sacramento, California on May 24, 2019 at __2:27 pm__

By: _/s/ Carolyn Delaney_

Magistrate Judge Carolyn K. Delaney

*No contact w/ co-Ds except through counsel.*